**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JASON E. SKAGGS,**

    Petitioner,

                        **CASE NO.  3:11-CV-323**

**-vs-**

                        **District Judge Timothy S. Black**
                        **Magistrate Judge Michael R. Merz**

**WARDEN, WARREN CORRECTIONAL INSTITUTION,**

    Respondent.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendations of the United States Magistrate Judge (Doc. 3); **DISMISSES WITH PREJUDICE** the Petition; **DENIES** a certificate of appealability under 28 U.S.C. § 2253; and **TERMINATES** this case.

Date:  November 7, 2011                      **JAMES BONINI, CLERK**

                                              By: s/ M. Rogers
                                              Deputy Clerk