# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JASON E. SKAGGS, | Case No. 3:11-cv-323 |
| Petitioner, | Judge Timothy S. Black |
| vs. | |
| WARDEN, WARREN CORRECTIONAL INSTITUTION, | |
| Respondent. | |

## ORDER OF DISMISSAL

In light of the Sixth Circuit Court of Appeals' December 30, 2019 Order denying Petitioner's motion for an order authorizing the district court to consider a second or successive § 2254 petition;

It is **ORDERED** that this action is hereby **DISMISSED with prejudice** and, accordingly, shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1/8/20

Timothy S. Black
United States District Judge